UST-28, 3-03

DIANE M. MANN
P.O. BOX 12970
SCOTTSDALE, AZ 85267-2970
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
| --- | --- | --- |
| | ) | |
| HINES, JACINTA BONITA | ) | CASE NO. 15-06441-PHX-MCW |
| | ) | |
| | ) | PROPOSED |
| | ) | DISTRIBUTION-AMENDED |
| Debtor(s). | ) | |

### TRUSTEE'S PROPOSED DISTRIBUTION

ADMINISTRATIVE EXPENSES:

| APPLICANT | FEES | EXPENSES | TOTAL ALLOWED | AMOUNT TO BE PAID |
| --- | --- | --- | --- | --- |
| DIANE M. MANN, TRUSTEE | $366.72 | $21.32 | $388.04 | $388.04 |
| LANE & NACH, TRUSTEE COUNSEL | $640.00 | $22.01 | $662.01 | $662.01 |
| US BANKRUPTCY COURT | $335.00 | $0.00 | $335.00 | $335.00 |
| DONNA WYATT | $30.00 | $0.00 | $30.00 | $30.00 |
| TOTAL | | | | $1,385.05 |

CLAIMS:

| CLAIM 1 | ARHC AMGLNAZ01, LLC | $6.81 |
| --- | --- | --- |
| CLAIM 2 | NAVIENT SOLUTIONS, INC. | $8.91 |
| CLAIM 3 | PYOD, LLC ITS SUCCESSORS | $0.34 |
| CLAIM 4 | BNC NATIONAL BANK | $5.78 |
| TOTAL UNSECURED: | | $21.84 |
| TOTAL PAID: | | $1,406.89 |

ONLY those claims which may receive a dividend have been listed. The proposed distribution is dependent on the Court's ruling on the allowance of administrative expenses, additional Court costs, remaining contests of claims, additional interest and objections to this proposed distribution.

DATED: May 11, 2016

DIANE M. MANN, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

Date: 5/12/16

ILENE J. LASHINSKY
UNITED STATES TRUSTEE
AZ
By Carol Popovich