DIANE M. MANN, CHP 7 PANEL TRUSTEE
PO BOX 12970
SCOTTSDALE, AZ 85267-2970

# UNITED STATES BANKRUPTCY COURT
## AZ **DISTRICT OF** ARIZONA
### PHOENIX **DIVISION**

In re: §
§
HINES, JACINTA BONITA § Case No. 15-06441-PHX MCW
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DIANE M. MANN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                   Assets Exempt: 155,592.69
*(Without deducting any secured claims)*

Total Distributions to Claimants: 21.84   Claims Discharged
                                          Without Payment: 560,493.82

Total Expenses of Administration: 1,445.05

3) Total gross receipts of $ 1,466.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,466.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,445.05 | 1,445.05 | 1,445.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 316,115.00 | 244,400.66 | 244,400.66 | 21.84 |
| **TOTAL DISBURSEMENTS** | $ 316,115.00 | $ 245,845.71 | $ 245,845.71 | $ 1,466.89 |

4) This case was originally filed under chapter 7 on 05/26/2015. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2016     By:/s/DIANE M. MANN, TRUSTEE
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNT- CHASE #2070 | 1129-000 | 59.98 |
| BANK ACCOUNT- CHASE # 2939- JACINTA HINES | 1129-000 | 6.91 |
| AUTOMOBILE- 1997 TOYOTA | 1229-000 | 1,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,466.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MANN, DIANE M., TRUSTEE | 2100-000 | NA | 366.72 | 366.72 | 366.72 |
| MANN, DIANE M., TRUSTEE | 2200-000 | NA | 21.32 | 21.32 | 21.32 |
| UNION BANK | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| U. S. BANKRUPTCY COURT | 2700-000 | NA | 335.00 | 335.00 | 335.00 |
| WYATT, DONNA | 2990-000 | NA | 30.00 | 30.00 | 30.00 |
| LANE AND NACH, P.C. | 3210-000 | NA | 640.00 | 640.00 | 640.00 |
| LANE AND NACH, P.C. | 3220-000 | NA | 22.01 | 22.01 | 22.01 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,445.05 | $ 1,445.05 | $ 1,445.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA PO BOX 982235 EL PASO, TX 79998-2235 | | 10,098.00 | NA | NA | 0.00 |
| | BNC NATIONAL BANK 322 E. MAIN BISMARK, ND 585O2-4O5O | | 63,059.00 | NA | NA | 0.00 |
| | BROWN, HAY & STEPHENS, LLP PO BOX 2459 SPRINGFIELD, IL 627O5 | | 69,159.00 | NA | NA | 0.00 |
| | CITICARDS CBNA PO BOX 6241 SOUIX FALLS, SD 57117-6241 | | 2,595.00 | NA | NA | 0.00 |
| | JAMES S. RIGBERG 1850 N. CENTRALAVENUE STE. 14OO PHOENIX, AZ 85OO4 | | 57,318.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LAW OFFICE OF JOSEPH T. STEWART, PLLC. 110O E. WASINGTON STREET STE. 2OO PHONEIX, AZ 85034 | | 946.00 | NA | NA | 0.00 |
| | NAVIENT 30O CONTINENTAL DRIVE NEWARK. DE 19713-4322 | | 98,289.00 | NA | NA | 0.00 |
| | RICHARD T. AVIS, ATTORNEY & ASSOC, LLC PO BOX 1008 ARLINGTON HEIGHTS, IL 60OO6 | | 11,000.00 | NA | NA | 0.00 |
| | SYNCB/NAPA EASY PAY PO BOX 965036 ORLANDO, FL 32896-5O36 | | 161.00 | NA | NA | 0.00 |
| | VERONIKS BRIGGS BENION ESQ PO BOX 631 LAVEEN, AZ 85339 | | 885.00 | NA | NA | 0.00 |
| | WELLS FARGO DEALER SERVICES PO BOX 1697 WINTERVILLE, NC 28590 | | 2,605.00 | NA | NA | 0.00 |
| 01 | ARHC AMGLNAZ01, LLC | 7100-000 | NA | 76,163.77 | 76,163.77 | 6.81 |
| 04 | BNC NATIONAL BANK | 7100-000 | NA | 64,743.31 | 64,743.31 | 5.78 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 02 | NAVIENT SOLUTIONS, INC. | 7100-000 | NA | 99,679.70 | 99,679.70 | 8.91 |
| 03 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 3,813.88 | 3,813.88 | 0.34 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 316,115.00 | $ 244,400.66 | $ 244,400.66 | $ 21.84 |

Case No: 15-06441-PHX MCW    Judge: MADELEINE C. WANSLEE    Trustee Name: DIANE M. MANN, TRUSTEE
Case Name: HINES, JACINTA BONITA    Date Filed (f) or Converted (c): 05/26/15 (f)
                                    341(a) Meeting Date: 06/30/15
For Period Ending: 02/25/16         Claims Bar Date: 11/06/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT- CHASE #2070 | 300.00 | 59.98 | | 59.98 | FA |
| 2. BANK ACCOUNT- CHASE # 2939- JACINTA HINES | 0.00 | 6.91 | | 6.91 | FA |
| 3. BANK ACCOUNT- CHASE # 5376- JACINTA HINES | 0.00 | 0.00 | | 0.00 | FA |
|  CHILD SUPPORT ACCOUNT AND EXEMPT | | | | | |
| 4. SECURITY DEPOSITS | 300.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSITS | 1,100.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS & FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 8. WATCH(ES) | 50.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING RINGS | 1,700.00 | 0.00 | | 0.00 | FA |
| 10. SPORTS EQUIPMT, PHOTOGRAPHIC, HOBBY | 75.00 | 0.00 | | 0.00 | FA |
| 11. PENSION PLANS & PROFIT SHARING | 6,676.00 | 0.00 | | 0.00 | FA |
| 12. PENSION PLANS & PROFIT SHARING | 135,000.00 | 0.00 | | 0.00 | FA |
| 13. ALIMONY, CHILD SUPPORT | 1,400.00 | 0.00 | | 0.00 | FA |
| 14. AUTOMOBILE- 2001 TOYOTA HIGHLANDER | 4,226.00 | 0.00 | | 0.00 | FA |
| 15. OFFICE EQUIPMENT, FURNISHINGS, SUPP | 50.00 | 0.00 | | 0.00 | FA |
| 16. BUSINESS INTERESTS- BLACK CANYON CITY PHARMACY (u) | 0.00 | 0.00 | | 0.00 | FA |
|  NO VALUE PER NACH DUE TO SECURED DEBT | | | | | |
| 17. AUTOMOBILE- 1997 TOYOTA (u) | 0.00 | 1,400.00 | | 1,400.00 | FA |
|  SOLD AT TRUSTEE SALE | | | | | |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $152,877.00    $1,466.89        $1,466.89    $0.00
(Total Dollar Amount in Column 6)

| | | | |
|---|---|---|---|
| Case No: | 15-06441-PHX   MCW   Judge: MADELEINE C. WANSLEE | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | HINES, JACINTA BONITA | Date Filed (f) or Converted (c): | 05/26/15 (f) |
| | | 341(a) Meeting Date: | 06/30/15 |
| | | Claims Bar Date: | 11/06/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FILING NOTICE OF 2004 EXAM; WILL SUBPOENA BUSINESS RECORDS FROM CPA. July 08, 2015. APPLICATION FOR 2004 EXAM FILED; SET FOR 9/2. OBJECTION TO PROPERTY CLAIMED AS EXEMPT. August 06, 2015. INVESTIGATING VALUE OF NON-SCHEDULED VEHICLE. September 06, 2015. AUTO TO BE SOLD AT OCT TRUSTEE SALE. September 16, 2015. MOTION TO EXTEND 727 DEADLINE. 727 DEADLINE EXTENDED TO 10/30. October 06, 2015. DEBTOR RETAINED COUNSEL; REQUESTED ADDITIONAL TIME TO REVIEW TURNOVER DEMAND. November 04, 2015. DEMAND MADE FOR PAYMENT FOR AUTO FROM B. REESER. November 18, 2015. REC'D AUTO CHECK; DEMAND MADE FOR BANK FUNDS. ORDER EXTENDING 727 DEADLINE TO 12/1/15. December 01, 2015. DEMAND MADE AGAIN FOR BANK FUNDS DUE. December 20, 2015. DEMAND LETTER SENT TO ATTY FOR BANK FUNDS TO CLOSE CASE. January 05, 2016. DEMAND MADE FOR FUNDS AGAIN. February 01, 2016. ALL ASSETS COLLECTED AND TFR FILED. February 25, 2016 (DMMANN)

Initial Projected Date of Final Report (TFR): 11/30/15       Current Projected Date of Final Report (TFR): 03/15/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 15-06441-PHX -MCW | Trustee Name: | DIANE M. MANN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | HINES, JACINTA BONITA | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9572 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9398 | | |
| For Period Ending: | 06/11/16 | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/15 | 17 | WILLIAM REESER<br>508 W KIMBALL AVE<br>VISALIA, CA 93277 | PAYMENT ON VEHICLE | 1229-000 | 1,400.00 | | 1,400.00 |
| 12/04/15 | 010001 | DONNA WYATT<br>7635 N 37TH AVENUE<br>PHOENIX, AZ 85051 | TRUSTEE AUCTION COSTS | 2990-000 | | 30.00 | 1,370.00 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,355.00 |
| 02/22/16 | 1, 2 | DEBTOR | NON-EXEMPT BANK ACCT FUNDS | 1129-000 | 66.89 | | 1,421.89 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,406.89 |
| * 03/23/16 | 010002 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Compensation/Fees | 2100-003 | | 366.72 | 1,040.17 |
| * 03/23/16 | 010003 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Expenses | 2200-003 | | 21.32 | 1,018.85 |
| * 03/23/16 | 010004 | LANE AND NACH, P.C.<br>ADAM NACH, ESQ.<br>2001 E. CAMPBELL, SUITE 103<br>PHOENIX, AZ 85016 | Claim C1, Payment 100.00000%<br>ATTORNEY FEES | 3210-003 | | 640.00 | 378.85 |
| * 03/23/16 | 010005 | LANE AND NACH, P.C.<br>ADAM NACH, ESQ.<br>2001 E. CAMPBELL, SUITE 103<br>PHOENIX, AZ 85016 | Claim C2, Payment 100.00000%<br>ATTORNEY EXPENSES | 3220-003 | | 22.01 | 356.84 |
| 03/23/16 | 010006 | U. S. BANKRUPTCY COURT<br>CLERK OF THE COURT<br>230 N FIRST AVE, STE 101<br>PHOENIX, AZ 85003-1706 | Claim A, Payment 100.00000%<br>WAIVED FILING FEE | 2700-000 | | 335.00 | 21.84 |
| * 03/23/16 | 010007 | ARHC AMGLNAZ01, LLC<br>C/O WILLIAM NOVOTNY | Claim 01, Payment 0.00894% | 7100-003 | | 6.81 | 15.03 |

Page Subtotals    1,466.89    1,451.86

Ver: 19.06a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-06441-PHX -MCW | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | HINES, JACINTA BONITA | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9572 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9398 | | |
| For Period Ending: | 06/11/16 | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DICKINSON WRIGHT PLLC<br>1850 NORTH CENTRAL AVENUE, SUITE 1400<br>PHOENIX AZ 85004 | | | | | |
| * 03/23/16 | 010008 | NAVIENT SOLUTIONS, INC.<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Claim 02, Payment 0.00894% | 7100-003 | | 8.91 | 6.12 |
| * 03/23/16 | 010009 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 03, Payment 0.00891% | 7100-003 | | 0.34 | 5.78 |
| * 03/23/16 | 010010 | BNC NATIONAL BANK<br>C/O W. SCOTT JENKINS, JR.<br>QUARLES & BRADY LLP<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, ARIZONA 85004 | Claim 04, Payment 0.00893% | 7100-003 | | 5.78 | 0.00 |
| * 03/24/16 | 010002 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Compensation/Fees | 2100-003 | | -366.72 | 366.72 |
| * 03/24/16 | 010003 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Expenses | 2200-003 | | -21.32 | 388.04 |
| * 03/24/16 | 010004 | LANE AND NACH, P.C.<br>ADAM NACH, ESQ.<br>2001 E. CAMPBELL, SUITE 103<br>PHOENIX, AZ 85016 | Claim C1, Payment 100.00000% | 3210-003 | | -640.00 | 1,028.04 |
| * 03/24/16 | 010005 | LANE AND NACH, P.C.<br>ADAM NACH, ESQ.<br>2001 E. CAMPBELL, SUITE 103<br>PHOENIX, AZ 85016 | Claim C2, Payment 100.00000% | 3220-003 | | -22.01 | 1,050.05 |

Page Subtotals     0.00     -1,035.02

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 15-06441-PHX -MCW | Trustee Name: DIANE M. MANN, TRUSTEE |
| Case Name: | HINES, JACINTA BONITA | Bank Name: UNION BANK |
| | | Account Number / CD #: *******9572 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9398 | |
| For Period Ending: | 06/11/16 | Blanket Bond (per case limit): $ 54,116,227.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/24/16 | 010007 | ARHC AMGLNAZ01, LLC<br>C/O WILLIAM NOVOTNY<br>DICKINSON WRIGHT PLLC<br>1850 NORTH CENTRAL AVENUE, SUITE 1400<br>PHOENIX AZ 85004 | Claim 01, Payment 0.00894% | 7100-003 | | -6.81 | 1,056.86 |
| * 03/24/16 | 010008 | NAVIENT SOLUTIONS, INC.<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Claim 02, Payment 0.00894% | 7100-003 | | -8.91 | 1,065.77 |
| * 03/24/16 | 010009 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 03, Payment 0.00891% | 7100-003 | | -0.34 | 1,066.11 |
| * 03/24/16 | 010010 | BNC NATIONAL BANK<br>C/O W. SCOTT JENKINS, JR.<br>QUARLES & BRADY LLP<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, ARIZONA 85004 | Claim 04, Payment 0.00893% | 7100-003 | | -5.78 | 1,071.89 |
| 05/05/16 | 010011 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Compensation/Fees | 2100-000 | | 366.72 | 705.17 |
| 05/05/16 | 010012 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Expenses | 2200-000 | | 21.32 | 683.85 |
| 05/05/16 | 010013 | LANE AND NACH, P.C.<br>ADAM NACH, ESQ.<br>2001 E. CAMPBELL, SUITE 103<br>PHOENIX, AZ 85016 | Claim C1, Payment 100.00000%<br>ATTORNEY FEES | 3210-000 | | 640.00 | 43.85 |
| 05/05/16 | 010014 | LANE AND NACH, P.C.<br>ADAM NACH, ESQ. | Claim C2, Payment 100.00000%<br>ATTORNEY EXPENSES | 3220-000 | | 22.01 | 21.84 |

Page Subtotals 0.00 1,028.21

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-06441-PHX -MCW | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | HINES, JACINTA BONITA | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9572 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9398 | | |
| For Period Ending: | 06/11/16 | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/05/16 | 010015 | 2001 E. CAMPBELL, SUITE 103<br>PHOENIX, AZ 85016<br>ARHC AMGLNAZ01, LLC | Claim 01, Payment 0.00894% | 7100-000 | | 6.81 | 15.03 |
| 05/05/16 | 010016 | C/O WILLIAM NOVOTNY<br>DICKINSON WRIGHT PLLC<br>1850 NORTH CENTRAL AVENUE, SUITE 1400<br>PHOENIX AZ 85004<br>NAVIENT SOLUTIONS, INC.<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Claim 02, Payment 0.00894% | 7100-000 | | 8.91 | 6.12 |
| 05/05/16 | 010017 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 03, Payment 0.00891% | 7100-000 | | 0.34 | 5.78 |
| 05/05/16 | 010018 | BNC NATIONAL BANK<br>C/O W. SCOTT JENKINS, JR.<br>QUARLES & BRADY LLP<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, ARIZONA 85004 | Claim 04, Payment 0.00893% | 7100-000 | | 5.78 | 0.00 |

Page Subtotals 0.00 21.84

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-06441-PHX -MCW | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | HINES, JACINTA BONITA | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9572 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9398 | | |
| For Period Ending: | 06/11/16 | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,466.89 | 1,466.89 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,466.89 | 1,466.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,466.89 | 1,466.89 | |

|  |  |  |
|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |

TOTAL - ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9572) | 1,466.89 | 1,466.89 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,466.89 | 1,466.89 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*